UNITED STATES of America, Plaintiff–Appellee

v.

Johnny PEREZ, Jr. also known as, Shank, Defendant–Appellant.

No. 04–11398.

United States Court of Appeals, Fifth Circuit.

May 10, 2005.

Susan B. Cowger, Michael Gill, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the Appellees unopposed motion to vacate the sentence is granted.

IT IS FURTHER ORDERED that the Appellees unopposed motion to remand the case to the United States District Court for the Northern District of Texas, Wichita Falls Division for resentencing is granted.

---

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.